STEPHEN MARTIN v. HARRY MENDEL and Another.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellants procure the record on appeal and appellants' points to be filed so that appeal can be argued on the 7th day of October, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. DANIEL JOHNSON.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. SIMON ELBAUM.— Motion to dismiss appeal granted, unless appellant procure the record on appeal to be filed on or before the 1st day of August, 1930, and the appellant's points to be filed with notice of argument so that the appeal can be argued on the 7th day of October, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOSEPH BALLASSY v. BALDWIN BOND & MORTGAGE COMPANY, INC.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAVERIO AGNELLI v. VICTOR GAYDA.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JENNIE GOODMAN v. MORRIS SILVERMAN. SAM GOODMAN v. MORRIS SILVERMAN.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HERLUF F. J. RAVN v. THE CUNARD STEAMSHIP COMPANY, LTD.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SALLY ZOREFF v. NEW YORK LIFE INSURANCE COMPANY.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GLENDINNING, McLEISH & Co., INC., a Domestic Corporation, v. WALDORF NECKWEAR Co., INC., Impleaded with Others.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

· GLENDINNING, McLEISH & Co., INC., a Domestic Corporation, v. WALDORF NECKWEAR Co., INC., and Others, Impleaded with 32ND-33RD STREET CORPORATION.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ELMO PRESS, INC., v. LOUIS EVELINSKY and Another.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ACME FIREPROOFING Co., INC., v. JOHN VIVIANI & SON, Also Known as JOHN VIVIANI & SON, INC.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JEANNE HARRIETT SAUNDERS v. WILLIAM EMERY GRAY, JR.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.